| | |
|---|---|
| 1 | STEVEN G. KALAR |
| | Federal Public Defender |
| 2 | JOHN PAUL REICHMTUH |
| | Assistant Federal Public Defender |
| 3 | 1301 Clay St., Suite 1350N |
| | Oakland, CA 94612 |
| 4 | Telephone: (510) 637-3500 |
| | Fax: (510) 637-3507 |
| 5 | |
| | Counsel for Defendant |
| 6 | STERLYNG FUNG |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| UNITED STATES OF AMERICA, | CR 16-245-JST |
|---|---|
| Plaintiff, | STIPULATION TO PERMIT TRAVEL; [PROPOSED] ORDER |
| v. | |
| STERLYNG FUNG, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, and with the approval of Mr. Fung's Probation Officer, Constance Cook, that Mr. Fung be permitted to travel to the Republic of Trinidad and Tobago in late October/early November 2017, with his travel expenses to be paid by family members, for the purpose of assistance with family property matters, subject to the conditions that he provide travel itinerary and contact information to his Probation Officer in advance of travel, and that he report as directed during the period of travel.

DATED: October 12, 2017   /S/
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
Counsel for Defendant FUNG

DATED: October 12, 2017         /S/
                                WILLIAM GULLOTTA
                                Assistant United States Attorney

## ORDER

Pursuant to the parties' Stipulation, it is hereby ORDERED that Mr. Fung be permitted to travel to Trinidad in late October/early November 2017, with his travel expenses to be paid by family members, for the purpose of assistance with family property matters, subject to the conditions that he provide travel itinerary and contact information to his Probation Officer in advance of travel, and that he report as directed during the period of travel.

IT IS SO ORDERED.

DATED: October 12, 2017

