IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STERLYNG FUNG,<br><br>Defendant. | **Case No.:** CR 16–245 JST<br><br>**[PROPOSED] ORDER TO PERMIT SUPERVISEE TO RESIDE IN A FOREIGN COUNTRY** |

Pursuant to the parties' Stipulation, it is hereby ORDERED that Mr. Fung be permitted to reside in the Republic of Trinidad and Tobago, subject to all other existing Supervised Release Conditions, including that he provide current address information and report as directed, file monthly reports, and make payments as directed towards forfeiture and/or restitution.

IT IS SO ORDERED.

Dated: October 18, 2018

_____
HONORABLE JON S. TIGAR
United States District Judge